In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of ADDALINE GILLESPIE, Judgment Creditor, Appellant, v. WALTER CARL LUTHER, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WAKEFIELD THEATRE, INC., and Others, Respondents, v. MINERVA AMUSEMENT CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the LLOYDS INSURANCE COMPANY OF AMERICA. Claim of FIDELITY & DEPOSIT COMPANY OF MARYLAND. Claim No. 19 R. I. 422. FIDELITY & DEPOSIT COMPANY OF MARYLAND, Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LLOYD INSURANCE COMPANY OF AMERICA, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BELDING HEMINWAY COMPANY, Respondent, v. SLATER MILLS, INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ISRAEL B. ABELSON and Others, Copartners, etc., Respondents, v. BOBBY BREEN PRODUCTIONS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANN HAMILTON, Appellant, v. WILLIAM H. HAMILTON, Respondent.— Order reversed with twenty dollars costs and disbursements, and the motion granted by allowing $1,500 counsel fee and fifty dollars a week alimony, on condition that plaintiff place the case on the calendar for not later than the October term, 1938, and be ready to proceed to trial at that time. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. O'Malley, J., dissents and votes for affirmance without prejudice to renewal in the event that the counterclaim for annulment is interposed. Settle order on notice.